BURKE, WILLIAMS & SORENSEN, LLP
ALLAN E. CERAN (SBN 093303)
  aceran@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Telephone:  213.236.0600
Facsimile:  213.236.2700

KING & SPALDING LLP
PHYLLIS B. SUMNER
SHANNON F. COX
ANTHONY VENTRY, III
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone:  404.572.4600
Facsimile:  404.572.5142

JS-6

Attorneys for Plaintiff
RJC PROPERTIES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RJC PROPERTIES LLC,<br><br>           Plaintiff,<br><br>v.<br><br>LEO J. DELGADO and L.A. PROPERTY INVESTORS, LLC, d/b/a/ LA Property Investors, LLC (individuallly and collectively doing business as L.A. Property, Inc., L.A. Funding, Inc., LA Funding, L.A. Funding L.P., and L.A. PropertyInv.),<br><br>           Defendants. | CASE NO. CV08-02107 FMC (Ex)<br><br>**DEFAULT JUDGMENT**<br><br>Date: October 20, 2008<br><br>Time: 10:00 a.m.<br><br>Room:  750<br><br>[Courtroom of the Hon. Florence-Marie Cooper] |

   This cause came on for hearing on the motion of plaintiff RJC Properties for entry of a default judgment, pursuant to Rule 55 of the Federal Rules of Civil Procedure.  It appears to the Court that the complaint was filed in this court on March 28, 2008, and that the summons and complaint were duly served on the defendant L.A. Property Investors, LLC on April 18, 2008, and that no answer or

1  other defense has been filed by the defendant.  Default was entered on June 11,
2  2008 in the office of the clerk of this court, no proceedings have been taken by the
3  defendant since default was entered, and plaintiff RJC Properties, LLC has incurred
4  damages of $165,000.
5       WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED
6  that judgment is entered in favor of plaintiff RJC Properties, LLC and against
7  defendant L.A. Property Investors, LLC in the amount of $165,000 and that costs in
8  the amount of $_____ are awarded to plaintiff RJC Properties, LLC and against
9  defendant L.A. Property Investors, LLC.

11  DATED:  October 15, 2008     _____
12                        United States District Judge